IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

AYSHE H. TAYIP,  )
   Plaintiff,  )
v.  ) 3:09-00643
MICHAEL J. ASTRUE,  )
Commissioner of Social Security,  )
   Defendant.  )

## O R D E R

Before the Court is the Report and Recommendation of the Magistrate Judge in which he recommends affirmance of the denial of benefits by the Commissioner. The Plaintiff has timely filed objections thereto, and the Commissioner has responded to those objections.

The objections of Plaintiff were fully addressed by the Magistrate Judge in his report in which he recommends that the Court find that the opinion of the Administrative Law Judge was supported by substantial evidence. The Court so finds. The objections of Plaintiff are unavailing.

Plaintiff's Motion for Judgment on the Record, Document #6, is DENIED, the Defendant's Motion for Judgment on the Pleadings, Document #15, is GRANTED, the decision of the Commissioner is AFFIRMED and this case is DISMISSED.

It is so **ORDERED**.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge